STATE v. BARRETT

No. 467P98

Case below: 131 N.C.App. 154

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

STATE v. BASDEN

No. 159A93-3

Case below: Duplin County Superior Court

Motion by Attorney General to dismiss defendant's petition denied 5 November 1998. Defendant's petition for writ of certiorari is allowed 5 November 1998 for the limited purpose of entering the following order. The parties shall file written briefs with the Court on the following issue: Does N.C.G.S. § 15A-1415(f) apply to defendants who have been convicted of a capital offense and sentenced to death who had a post-conviction motion for appropriate relief denied prior to 21 June 1996, the effective date of the statute?

STATE v. BEARDEN

No. 405P98

Case below: 130 N.C.App. 612

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

STATE v. BEST

No. 300A93-2

Case below: Bladen County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Bladen County denied 5 November 1998.

STATE v. BISHOP

No. 420P98

Case below: Guilford County Superior Court

Motion by defendant (Bishop) to waive all rights to appeal the sentence of death denied 5 November 1998.